UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA HUDSON, *as guardian on behalf of minor* N.S.H.,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　Defendant. | Case No. C20-1421-MLP<br><br><br>ORDER |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for Supplement Security Income under Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings. Upon remand, the agency will evaluate the severity of Plaintiff's mental impairment(s), reevaluate the medical opinion evidence, and reevaluate the functional domains, particularly the domain of "caring for yourself."

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), with a remand to the Commissioner for further administrative proceedings.

Page 1　　ORDER - [C20-1421-MLP]

DATED this 4th day of August, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Jordan D. Goddard
JORDAN D. GODDARD
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2733
Fax: (206) 615-2531
jordan.goddard@ssa.gov